IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

RE: Joy Brockman  CASE NO: 4:11-14982

MODIFICATION OF CHAPTER 13 PLAN

Comes now the debtor(s), and for their Modification of Plan **BEFORE** Confirmation states:

1. **PAYMENT TO THE TRUSTEE:** shall be $470.00 per month. Debtors shall pay $470 each month for the 59 months remaining in the plan which creates a new base balance of $27,730.00. The base or total to be paid over the life of Debtor's plan shall be calculated as follows: The sum of the amount actually paid into the Debtor's Plan as of the date of this modification plus the new base balance of $28,190.00.

   2. **THE PLAN LENGTH:** shall remain the same.

   3. **UNSECURED CREDITORS:** to be paid on a "pro-rata" basis.

   4. **MODIFIED TREATMENT OF EXISTING CREDITORS:** As Follows:

Secured creditor, US Bank, claim collateralized by 2005 Nissan Titan shall be treated as follows: Said debt has been paid in full outside the plan by a third party.

Secured Creditor: USAA, Collateralized by: CD, shall be treated as follows: Section 506 Valuation applies; Net Pay: $7,539.02; Value: $15,758.63; Unsecured: $0.00; Interest Rate: 5.5%; Monthly Payment: $146.13; Adequate protection payment: $75.39.

Secured Creditor: USAA, Collateralized by: CD, shall be treated as follows: Section 506 Valuation applies; Net Pay: $304.72; Value: $7,278.38; Unsecured: $0.00; Interest Rate: 5.5%; Monthly Payment: $5.91; Adequate protection payment: $3.05.

   5. **ADDITION OF SECURED CREDITORS TO THE PLAN:** As Follows:

Secured Creditor, USAA; Bankruptcy Dept; PO Box 821568; Dallas, TX 75382, collateralized by 2008 Honda Goldwing shall be paid outside the plan by the 3rd party co-signer, Warren Brockman.

   6. **ADDITION OF PRIORITY CREDITORS TO THE PLAN:** None.

   7. **ADDITION OF UNSECURED CREDITORS TO THE PLAN:** None.

   8. ALL OTHER PROVISIONS SET FORTH IN THE INITIAL NARRATIVE STATEMENT OF PLAN AND MODIFICATION(S) THERETO SHALL REMAIN SAME.

DATE: 10-7-2011

/s/ G. Gregory Niblock
G. Gregory Niblock
Ark. Bar No. 88047
Jeremy Bueker
Ark Bar No. 2001252